```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION


DEMETRIUS ANTOINE WILLIAMS,      :

     Petitioner,                 :

v.                               :
                                     CIVIL ACTION 07-0617-WS-M
JERRY FERRELL,                   :

     Respondent.                 :
```

ORDER

After due and proper consideration of all pleadings in this file, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this habeas petition be DENIED and that this action be DISMISSED.

**DONE** and **ORDERED** this 11th day of March, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE