IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEMETRIUS ANTOINE WILLIAMS,   :

    Petitioner,   :

v.   :

      CIVIL ACTION 07-0617-WS-M

JERRY FERRELL,   :

    Respondent.   :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondent Jerry Ferrell and against Petitioner Demetrius Antoine Williams.

**DONE** and **ORDERED** this 11th day of March, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE